IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOMAX SALTER,
    Petitioner,

vs.                                          3:04cv426/MCR/MD

JAMES V. CROSBY, JR.,
    Respondent.

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 23, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The petition for writ of habeas corpus (doc. 1) challenging the convictions and sentences in *State of Florida v. Lomax Salter*, in the Circuit Court of Escambia

**County, Florida, case no. 98-325, is DENIED and the clerk is directed to close the file.**

      **DONE AND ORDERED this 13th day of June, 2005.**


                          s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE**