# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**LOMAX SALTER,**
    Petitioner,

v.                      Case No.  3:04cv426/MCR/MD

**JAMES V. CROSBY, JR.,**
    Respondent.
_____/

## ORDER

This cause is before the court upon petitioner's notice of appeal (doc. 17) and motion for certificate of appealability (doc. 18). Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's June 13, 2005 Order (doc. 15) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on May 23, 2005 (doc. 13), a certificate of appealability will be denied.

Accordingly, it is ORDERED:

Petitioner's motion for certificate of appealability (doc. 18) is DENIED, and no certificate shall issue.

DONE AND ORDERED this 4th day of August, 2005.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**