IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOMAX SALTER,
    Petitioner,

v.                                 Case No. 3:04cv426/MCR/MD

JAMES R. MCDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause is before the court upon petitioner's notice of appeal (doc. 50), which is construed as a motion for certificate of appealability (doc. 51). Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief. *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1). Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this Court's October 2, 2006 Order (doc. 48) adopting and incorporating the Magistrate Judge's Second Report and Recommendation filed on August 28, 2006 (doc. 46), a certificate of appealability will be denied.

    Accordingly, it is ORDERED:

    Petitioner's motion for certificate of appealability (doc. 51) is DENIED, and no certificate shall issue.

    DONE AND ORDERED this 16th day of November, 2006.

                                    *s/ M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    UNITED STATES DISTRICT JUDGE